A COMPLAINT UNDER THE CIVIL RIGHTS ACT,
42 U.S.C. § 1983

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**RICKEY EVANS**

_108026_
Inmate (DOC) number

(Enter above the full name of each
plaintiff in this action.)

VERSUS

**LUKE RHEAMS; CARL SMITH;**

**EDWARD RUSS; TYRONE KELLY;**

**DARREL VANNOY; JAMES M. LEBLANC.**

RECEIVED

SEP 0 9 2019

U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

DEPUTY CLERK

(Enter above the full name of each
defendant in this action.)

Instructions for Filing Complaint by Prisoners
Under the Civil Rights Act, 42 U.S.C. § 1983.

This packet includes two copies of a complaint form and one copy of the pauper affidavit.

IF YOU ARE A PARISH PRISONER, you must file an original and one copy of your complaint for each defendant you name. For example, if you name two defendants, you must file the original and two copies of the complaint. You should also keep an additional copy of the complaint for your own records.

IF YOU ARE A D.O.C. PRISONER, you must file an original and one copy of your complaint. If the defendants are still employed by the Department of Public Safety and Corrections, only one service copy is needed. Otherwise, you must supply a copy of the complaint and the service address for each defendant no longer employed by the Department of Public Safety and Corrections.

**All copies of the complaint must be identical to the original.**

The names of **all parties** must be listed in the caption and in part III of the complaint **exactly**

Page 1, of 9.

**the same.**

In order for this complaint to be filed, it must be accompanied by the filing fee of $350.00. In addition, the United States Marshall will require you to pay the cost of serving the complaint on each defendants.

If you are unable to pre-pay the filing fee and service costs, you may petition the court to proceed in forma pauperis. For this purpose, a pauper affidavit is included in this packet. You must sign the affidavit, and obtain the signature of an authorized officer certifying the amount of money in you account. If pauper status is granted, you will be required to pay an initial partial filing fee and thereafter, prison officials shall be ordered to forward monthly payments from your inmate account until the entire filing fee is paid.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS. ALSO, DO NOT INCLUDE EXHIBITS.

When you have completed these forms, mail the original and copies to the Clerk of the United States District Court for the Middle District of Louisiana, 777 Florida Street, Suite 139, Baton Rouge, La. 70801-1712.

I. Previous Lawsuits

   A. Have you began other lawsuits in state or federal court dealing with same facts involved in this action or otherwise relating to your imprisonment? Yes ( )      No ( )

   B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1. Parties to this previous lawsuit
      Plaintiff(s): _____

      _____

      Defendant(s): _____

      _____

   2. Court (if federal court, name the district; if state court, name the parish):

      _____

      _____

   3. Docket number: _____

   4. Name of judge to whom case was assigned: _____

      _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it pending?):

_____

_____

6. Date of filing lawsuit: _____

7. Date of disposition: _____

C. Have you had any previously filed federal lawsuits or appeals, whether or not related to issues raised in this complaint, dismissed by any federal court as frivolous, malicious, or failure to state a claim for which relief can be granted?

     Yes ( )    No ( )

If your answer is yes, list the civil action numbers and the disposition of each case. You must identify in which federal district or appellate court the action was brought.

_____

_____

II.    Place of confinement: Louisiana State Penitentiary , Angola , LA 70712

A. Is there a prisoner grievance procedure in this institution?

    Yes (✓)    No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

Yes (✓)    No ( )

C. If your answer is Yes:

1. Identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed. ARP#LSP-2018-1072.

2. What steps did you take? Timely filed ARP Complaint-letter (ARP# LSP-2018-1072) directly to Legal Programs Dept. on May 23, 2018; cc: to Shannon Templett, Director of La. Civ. Serv. Dept on May 30, 2018.

3. What was the results? ARP#LSP-2018-1072 accepted and denied on the merits at Steps 1 and 2 on June 29, 2018 and Aug. 27, 2018, respectively. Step 2 received by plaintiff on September 05, 2018.

D. If your answer is No, explain why not: _____

_____

Page 3, of 9.

III.    Parties
(In Item A below, place your name in the first blank and place your present address in the
second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff(s) Rickey Evans, DOC#108026
   Address Louisiana State Penitentiary, Angola, LA 70712

In Item B below, place the full name of the defendant in the first blank, his official position in
the second blank, and his place of employment in the third blank. Use Item C for the names,
positions, and places of employment of any additional defendants.

B. Defendant Luke Rhemes                                                   is employed as
   Colonel                                         at the Louisiana State
   Penitentiary, Angola, LA 70712.
C. Additional Defendants: Carl Smith, Corr. Major (LSP); Edward Russ, Corr. Captain (LSP);
   Tyrone Kelly, Corr. Captain (LSP); Darrel Vannoy, Head Warden (LSP); James M. Leblanc,
   Head Secretary (DOC).

IV.    Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved.
Include also the names of other persons involved, dates, and places. **Do not give any legal
arguments or cite any cases or statutes.** If you intend to allege a number of related claims,
number and set forth each claim in a separate paragraph. (Use as much space as you need.
Attach extra sheets if necessary.)

1.) Each defendant is sued in their individual and official capacities, where
relevant.

2.) On the afternoon of Tuesday, February 27, 2018, A-Team Supervisors were
called to the unit of Jaguar 3 & 4 concerning an inmate on Jaguar 3-Right-Cell
#12, who had been experiencing problems with his specialized diet.

3.) Sometime later defendants Rheams, Smith, Russ and Kelly arrived on
Jaguar 3-Right-tier. After punching in on the time clock and signing its card,
defendant Rheams ordered defendant Smith to retrieve the chemical agents, who
in turn ordered defendant Kelly to do so.

Page 4 of 9.

IV. Statement of Claim (Continued).

4.) While defendant Kelly was retrieving the chemical agents, the plaintiff directly notified defendant Rheams, both verbally and by showing him medical documentation, that he is adversely affected by such chemical agents and that the plaintiff has a standing **medical** duty status which prohibits his exposure to them.

5.) I then specifically requested to be removed from the tier before any chemical agents are sprayed. Defendant Rheams flat out denied plaintiff's request, ignoring both the plaintiff's medical exception, health and safety.

6.) Rather than correct the problem with the inmate's diet, defendant Rheams, instead, indiscriminately sprayed unnecessary and excessive amounts of chemical agents into the complaining inmate's cell and out onto the open tier.

7.) However, before recording by camera began, defendant Rheams, then defendant Smith each sprayed a burst of chemical agents into the inmate's cell and out onto the open tier.

8.) The plaintiff was not violating any DOC or LSP rules, regulations, directives, ploicies, memorandums, nor any State or Federal laws when defendant Rheams sprayed an unnecessary and excessive amounts of chemical agents out onto the tier and into the inmate's cell.

9.) It was in February and the windows were closed and sealed and no effort were made to open the back door or windows of Jaguar 3-Right, thereby making it impossible to ventilate the chemical agents from the tier and cells.

10.) As a direct result, the plaintiff became violently sick, vomiting repeatedly until very painfully dry-heaving with blood; painful and burning throat, esophagus and stomach; nausea; painful, burning and itchy skin; painfully burning and irritated red eyes; headache; and dizziness.
Plaintiff sought medical treatment for his injuries and was treated by medical staff.

11.) Defendant Rheams has established a well-known (by his supervisors and

IV. Statement of Claim (continued).

Subordinates) and documented pattern and practice of violating the Constitutional and Civil Rights of prisoners, and the use of unnecessary and excessive force and mace.

12.) ## JURISDICTION AND VENUE

This pro se Civil Rights action is brought pursuant to U.S.C. Section 1983 et seq, and 28 U.S.C. Section 1343, to redress the deprivation of United States Constitutional Rights. The plaintiff seeks relief and compensation as an incarcerated person who has suffered the intentional violations of well established and protected Constitutional Rights.

This Honorable Court's Supplemental/Pendent Jurisdictional authority is invoked over all State Statutory law claims and intentional torts, and those under the Louisiana Constitution of 1974.

This Honorable United States District Court for the Middle District of Louisiana is the proper Court of Venue for this civil rights action, of which all violations occurred entirely within its jurisdiction, pursuant to 28 U.S.C. Section 98 (b) (1987 ed.).

The Plaintiff also seeks and request Declaratory and Injunctive relief and a trial by Jury.

13.) ## CAUSE OF ACTION
### Defendants

(LUKE RHEAMS; CARL SMITH; EDWARD RUSS; TYRONE KELLY; DARREL VANNOY; AND JAMES M. LEBLANC.)

The intentional, deliberate, knowing, willful, callous, indifferent, wanton, Malicious, evil and unlawful actions and inactions of defendants Luke Rheams, Carl Smith, Edward Russ, Tyrone Kelly, Darrel Vannoy, and James M Leblanc, done under color of state law, deprived the plaintiff of his well established

Page 6 of 9.

Cause of Action (continued).

and protected rights to be free from cruel and unusual punishment/ inhumane treatment; to due process of law; to equal protection of the laws, exhibiting a deliberate indifference to the same, all in direct violation of the plaintiff's Eighth and Fourteenth Amendment Rights to the United States Constitution; Article 1, Sections 2,3,20&24 of the Louisiana Constitution of 1974; and State Statutory law violations and intentional torts under the Louisiana Codes.

The defendants, through their intentional, deliberate, knowing, wellful, callous,indifferent, wanton, malicious, evil and unlawful actions and inactions, showed a callus indifference to and reckless disregard for the health, safety and rights of the plaintiff.

The actions and inactions of the defendants was done maliciously and sdistically for the very purpose to cause harm and with the knowledge that harm will result.

14.)

## RELIEF

The plaintiff respectfully request this Honorable Court to grant to him the following relief:

a. Declare, in writing, that the plaintiff's relevant United States Constitutional Rights were violated by the defendants;

b. Enjoin the defendants, their supervisors, colleagues, subordinates, agents, associates, and/or representatives from any further forms of unlawful retaliation, directly or indirectly, against the plaintiff for his good-faith exercise of his Constitutional Rights to access to the Courts and all other such Rights;

c. Unspecified compensatory and punitive damages and declaratory and injunctive relief (where relevant) against defendants Luke Rheams, Carl Smith, Edward Russ, Tyrone Kelly, Darrel Vannoy and James m Leblane;

_____

_____

_____

_____

V.    Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no

cases or statutes. Attach no exhibits. _____

_____

_____

_____

VI.    Plaintiff's Declaration

1.  I understand that I am prohibited from bringing a civil action in forma pauperis if, while I
was incarcerated or detained in any facility, I have brought three or more civil actions or appeals
in a court of the United States that were dismissed on grounds that they were frivolous,
malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent
danger of serious physical injury.

2.  I understand that even if I am allowed to proceed in forma pauperis, I am responsible for
paying the entire filing fee and any cost assessed by the Court, which, after payment of the
partial initial filing fee, shall be deducted from my inmate account by my custodian in
installment payments as prescribed by law.

3.  I understand that if I am released or transferred, it is my responsibility to keep the Court
informed of my whereabouts and failure to do so may result in this action being dismissed with
prejudice.

Signed this __4th__ day of __September_____, 2019 .

_____
Signature of Plaintiff(s)

Page 8 of 9.

in their individual capacities for their intentional, deliberate, knowing, willful, callous, indifferent, wanton, malicious, evil, and unlawful actions and inactions against the plaintiff, causing and allowing Constitutional and physical harm and injury, and/or aggravation of same, and declaratory and injunctive relief against defendants Vannoy and LeBlanc in their official capacities as Head Warden of LSP and Head Secretary of DOC, in direct violation of plaintiff's Constitutional and Civil Rights;

d. Access any and all costs and fees to the defendants;

e. Fashion and order any such further, unspecified relief deemed good, proper and sufficient by this Honorable Court

## A F F I D A V I T

VERIFICATION
STATE OF LOUISIANA
PARISH OF WEST FELICIANA

I, Rickey Evans, DOC# 108026, state, declare and verify, under penalty of perjury, Title 28 U.S.C., Section 1746, Fed. R. Civ. Proc., that he is the Plaintiff in the above-captioned Section 1983 Civil Rights action and knows the contents of the same; that it is true and correct, and true of his own knowledge, except as to those matters that are stated in it on his information and belief, and as to those matters he believes them to be true. That the plaintiff's complaint has this day been placed into the Federal Mailbox for pick up and Electronic Filing to this Honorable Court, in compliance with Local Rule 5, in a timely manner pursuant Houston v. Lack, 487 U.S. 266, 108 S. Ct. 2379, 101 L. Ed. 2d 245 (1988); Harris v. Hegmann, 198 F. 3d 153, 158 (5th Cir. 1998), and like cases.

Executed On September 04, 2019

Rickey Evans

Rickey Evans, DOC# 108026
Plaintiff pro se
Louisiana State Penitentiary
Angola, LA 70712

Page 9 of 9.

Rickey Evans, DOC# 108026
Camp-C, Jaguar 3-Right-Cell #12
Louisiana State Penitentiary
Angola, Angola LA 70712

Baton Rouge P&DC 708
SAT 07 SEP 2019 PM

US POSTAGE $001.60

SCREENED
OK
U.S. MARSHAL

Hon. Michael L. McConnell
Clerk of Court
United States District Court
Middle District of Louisiana
777 Florida Street, Suite 139
Baton Rouge, LA 70801-1712