UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**RICKEY EVANS (#108026)**

**VERSUS**

**LUKE RHEAMS, ET AL.**

CIVIL ACTION

NO.   19-595-JWD-EWD

**OPINION**

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report (Doc. 14) dated May 28, 2020, to which no objection was filed,

**IT IS ORDERED** that all Plaintiff's federal claims against James LeBlanc, Darrell Vannoy, Carl Smith, Edward Russ, and Tyrone Kelly; Plaintiff's claims against Luke Rheams for monetary damages in his official capacity; and Plaintiff's claims for injunctive relief are DISMISSED, WITH PREJUDICE for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A.

**IT IS FURTHER ORDERED** that supplemental jurisdiction is declined over any state law claims asserted against James LeBlanc, Darrell Vannoy, Carl Smith, Edward Russ, and Tyrone Kelly, dismissing all federal claims as to these defendants.

**IT IS FURTHER ORDERED** that this matter is referred to the Magistrate Judge for further proceedings on Plaintiff's remaining claims for declaratory relief and monetary damages against Luke Rheams in his individual capacity for the conditions of confinement to which Plaintiff was exposed on February 27, 2018. An Order regarding service of process will

be issued separately.

    Signed in Baton Rouge, Louisiana, on June 12, 2020.

                                              **JUDGE JOHN W. deGRAVELLES**
                                              **UNITED STATES DISTRICT COURT**
                                              **MIDDLE DISTRICT OF LOUISIANA**