UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**RICKEY EVANS (#108026)**　　　　　　　　　　**CIVIL ACTION**

**VERSUS**

**LUKE RHEAMS, ET AL.**　　　　　　　　　　**NO. 19-595-JWD-EWD**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated June 4, 2021 (Doc. 29), to which no objection was filed,

**IT IS ORDERED** that Motion to Dismiss filed on behalf of Luke Rheams (Doc. 24) is GRANTED and that the remaining claims in this matter are DISMISSED WITH PREJUDICE as Plaintiff's claims are prescribed.

Judgement shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on <u>July 7, 2021</u>.

　　　　　　　　　　　　　　　　　　　　　　　**JUDGE JOHN W. deGRAVELLES**
　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT**
　　　　　　　　　　　　　　　　　　　　　　　**MIDDLE DISTRICT OF LOUISIANA**